IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DAVID WILLIAM KLEIN, <br><br> Plaintiff, <br><br> v. <br><br> SAINT AMBROSE UNIVERSITY, <br><br> Defendant. | **No. 3:21-cv-00017-RGE-HCA** <br><br><br> **ORDER GRANTING MOTION TO DISMISS** |

Now before the Court is Defendant Saint Ambrose University's Motion to Dismiss. ECF No. 6. Plaintiff David William Klein did not resist.

Having reviewed the record, the Court grants the motion.

**IT IS ORDERED** that Defendant Saint Ambrose University's Motion to Dismiss, ECF No. 6, **GRANTED**. The parties are responsible for their own costs.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2021.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE